JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY BENJAMIN,<br><br>           Petitioner,<br><br>    v.<br><br>LAURA ELDRIDGE, Acting Warden,<br><br>           Respondent. | Case No. CV 16-3238-JVS (JPR)<br><br>ORDER DISMISSING PETITION FOR LACK OF JURISDICTION AND CLOSING CASE |

    On May 6, 2016, Petitioner filed a successive Petition for Writ of Habeas Corpus by a Person in State Custody and a motion to stay the proceedings while he sought authorization from the Ninth Circuit Court of Appeals to proceed with it. See 28 U.S.C. § 2244(b)(1). On May 13, 2016, the Ninth Circuit stayed this action while Petitioner exhausted his state remedies, after which he would seek leave to pursue the successive federal Petition.

    This Court ordered Petitioner to file periodic status reports, and on October 29, 2021, he filed one indicating that the Ninth Circuit had denied him leave to proceed with the 2016 successive Petition. (See Status Rep., Ex. A.) As he notes, because that denial is not reviewable, see § 2244(b)(3)(E), his

"litigation has concluded and this Court must dismiss his protective petition." (Status Rep. at 2.)

Accordingly, the Petition is DISMISSED for lack of jurisdiction and the Clerk is directed to close this case.

DATED: __November 1, 2021__  _____
JAMES V. SELNA
U.S. DISTRICT JUDGE

Presented by:

_____
Jean Rosenbluth
U.S. Magistrate Judge